MAGISTRATE CLERK'S MINUTES OF HEARING

HEARINGS BEFORE ( ) WILLIAM W. DEATON
( ) LORENZO F. GARCIA
(X) DON J. SVET
( ) RICHARD L. PUGLISI
( ) ROBERT J. DeGIACOMO

DEFENDANTS:

Eduardo Bernal
Martin Solis
Ricardo Mendez

DISTRICT OF NEW MEXICO
AT ALBUQUERQUE

_X_ INITIAL
___ DET/PRELIM
___ MOTION/HRG
___ SHOW CAUSE
___ MISD. TRIAL
___ RULE 40
___ MISD. PLEA
___ MISD. SENT.
___ EXTRADITION
___ PRELIM/PROB
___ REVOCATION

CASE NO. 98-1106 M
DATE & TIME 2-27-98 at 9:30 AM

NAMES AND TITLES OF OTHER PARTICIPANTS:

Robert Kimball, AUSA        Defts. pro-se

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| 2021B#1 | Court | | |
| 23.1-33.8 | | | |

DATE OF ARREST: 2-26-98

HEARING RESULTS/FINDINGS: Gov't. moved to detain. Det./Prelim set for 3-2-98 at 9:30 AM before Judge Puglisi