IN THE UNITED STATES DISTRICT COURT FEB 27 1998

FOR THE DISTRICT OF NEW MEXICO

*Robert M. March*
CLERK

UNITED STATES OF AMERICA,                    )
                                             )
          Plaintiff,                         )
                                             )
v.                                           )          MAGISTRATE NO. 98-1106M
                                             )
RICARDO MENDEZ                               )
_____,                     )
                                             )
          Defendant.                         )

## MOTION FOR DETENTION HEARING

Plaintiff the United States of America moves, under 18

U.S.C. § 3142(e), for a detention hearing and order thereon that

defendant RICARDO MENDEZ be detained prior to trial, and as

grounds therefor states:

That defendant RICARDO MENDEZ is a flight risk and a danger

to the community.

Respectfully submitted,

JOHN J. KELLY
United States Attorney

*Robert D. Kimball*

Robert D. Kimball
Assistant U.S. Attorney

P. O. Box 607
Albuquerque, New Mexico  87103-0607
(505) 766-3341

