# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

CJA 20 (Rev. 4/96)

| 1. JURISDICTION | 2. MAG. DOCKET NO. | 3. DIST. CT. DOCKET NO. | VOUCHER NO. 0851270 |
|---|---|---|---|
| 1 [X] MAG. 2 [ ] DIST. 3 [ ] APPEALS 4 [ ] OTHER | 98-1106 M | | |

| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CHARGE/OFFENSE (U.S. or other code citation) | 7A. CASE CODE |
|---|---|---|---|---|
| | NEW MEXICO | NMXAB | 21:846; 21:841(A)(1) | 67 |

| 8. IN THE CASE OF | 9. PERSON REPRESENTED (FULL NAME) | 9A. NO. REPRES. |
|---|---|---|
| USA vs MENDEZ | RICARDO MENDEZ | 1 |

**10. PERSON REPRESENTED (STATUS)**
1 [X] DEFENDANT—ADULT  3 [ ] APPELLANT  5 [ ] OTHER
2 [ ] DEFENDANT—JUVENILE  4 [ ] APPELLEE

**11. PROCEEDINGS (Describe briefly)**
ALL CRIMINAL PROCEEDINGS PURSUANT TO CRIMINAL COMPLAINT.

**12. PAYMENT CATEGORY**
A [X] FELONY  C [ ] PETTY OFFENSE  E [ ] OTHER
B [ ] MISDEMEANOR  D [ ] APPEAL

**13. COURT ORDER**
O [X] Appointing Counsel  F [ ] Subs. for FD
C [ ] Co-Counsel  R [ ] Subs. for Retained Atty.
P [ ] Subs. for Panel Atty. _____
Name of prior panel attorney

Appt. Date _____ Voucher No. _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 14 is appointed to represent this person in this case.

▶ ~~signature~~
Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)

▶ February 27, 1998 ▶ _____
Date of Order      Nunc Pro Tunc Date

**14. FULL NAME OF ATTORNEY/PAYEE** (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS

Victor Sizemore, Esq.
P.O. Box 782
Placitas, NM  87043

**15. WORK PHONE**

**16A.** Does the attorney have the preexisting agreement (see Instructions) with a corporation, including a professional corporation?
[ ] Yes  [ ] No

**16B. SOCIAL SECURITY NO.** (Only provide per instructions)

**16C. EMPLOYER I.D. NO.** (Only provide per instructions)

**16D. NAME AND MAILING ADDRESS OF LAW FIRM** (Only provide per instructions)

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | Multiply rate per hour times total hours to obtain "In Court" compensation. Enter total below. |
|---|---|---|---|---|
| 17. IN COURT | a. Arraignment and/or Plea | | | |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | |
| | d. Trial | | | 17A. TOTAL IN COURT COMP. |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = $65.00) TOTAL HOURS = | | | $ |
| 18. OUT OF COURT | a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total "out of court" compensation below. |
| | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | 18A. TOTAL OUT OF COURT COMP. |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (Rate per hour = $45.00) TOTAL HOURS = | | | $ |

| 19. EXPENSES | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | 19A. TOTAL TRAVEL EXP. $ |
| | | | | | 19B. TOTAL OTHER EXP. $ |
| | | | | | 20. GRAND TOTAL CLAIMED $ |

**21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD _____ TO _____**

F [ ] Final Payment  I [ ] Interim Payment No. _____  Has compensation and/or reimbursement for work in this case previously been applied for?  [ ] YES  [ ] NO
If yes, were you paid?  [ ] YES  [ ] NO.  If yes, by whom where you paid? _____  How much? _____  Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation?  [ ] YES  [ ] NO
If yes, give details on additional sheets. _____
I swear or affirm the truth or correctness of the above statements ▶

SIGNATURE OF ATTORNEY/PAYEE _____  ▶ DATE _____

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSE | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED/CERT. |
|---|---|---|---|---|
| $ | $ | $ | $ | |

**27. SIGNATURE OF PRESIDING JUDICIAL OFFICER**  DATE  **27A. JUDGE/MAG. CODE**

**28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE)**  DATE  **29. TOTAL AMT. APPROVED** $

APPROVED FOR PAYMENT

COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA

# United States District Court

## District of New Mexico
### Office of the Clerk
### Dennis Chavez Federal Building
### and U. S. Court House
### P.O. BOX 689
### ALBUQUERQUE, NEW MEXICO 87103

**Robert M. March**
CLERK OF COURT
(505) 766-2851
FTS 474-2851

**Divisional Offices**
P.O. BOX 2381-2384
SANTA FE, 87501
(505) 988-6481

ROOM C-311
200 EAST GRIGGS
LAS CRUCES, 88001
(505) 525-2304

February 27, 1998

TO: VICTOR SIZEMORE, ESQ.
RE: USA v. RICARDO MENDEZ; Criminal No. 98-1106 M

You have been appointed by the Federal Court to represent an indigent defendant. For this purpose, the following are enclosed:

1. Copy of COMPLAINT;
2. Order specifying methods and conditions of release;
3. Voucher forms for payment of services rendered. **Please include employer ID number if appropriate.**

**XXX**     The defendant is in the custody of the U.S. Marshal, phone number (505) 248-8263.

The defendant is not in custody; may be reached at

**XXX**     A Detention/Preliminary Exam is set for Monday, March 2, 1998 at 9:30 a.m., before the Honorable Richard L. Puglisi, United States Magistrate Judge, 11th Floor, Courtroom 11 North, Federal Building, 500 Gold S.W., Albuquerque, New Mexico.

At this time, no hearings have been scheduled.

**XXX**     COMMENTS: The FPD's Office represents co-defendant Martin Solis and Darryl Cordle represents co-defendant Eduardo Bernal.

Motions for bond reduction or changes in conditions of release should be filed with the Office of the U.S. District Court Clerk (original and one copy). A copy must be served on the U.S. Attorney. Hearings on such motion will be promptly set.

Specific information regarding the charges against this defendant is available through the criminal desk of the U.S. Attorney's Office (505/766-3341).

_____
Magistrate Courtroom Deputy
(505) 248-8076

Enclosures
cc: U.S. Attorney
     Pretrial Services