# MAGISTRATE CLERK'S MINUTES OF HEARING

HEARINGS BEFORE:
( ) WILLIAM W. DEATON
( ) LORENZO F. GARCIA
( ) DON J. SVET
(✓) RICHARD L. PUGLISI
( ) ROBERT J. DeGIACOMO

DISTRICT OF NEW MEXICO
AT ALBUQUERQUE

___ INITIAL
_✓_ DET/PRELIM
___ MOTION/HRG
___ SHOW CAUSE
___ MISD. TRIAL
___ RULE 40
___ MISD. PLEA
___ MISD. SENT.
___ EXTRADITION
___ PRELIM/PROB REVOCATION

**DEFENDANTS:**
Martin Solis
Ricardo Mendez

CASE NO. 98-1106m
DATE & TIME 3/2/98 @ 10:19 AM

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

Robert Kimball, AUSA

Joseph Gandert, AFPD (Solis)

Victor Sizemore, Esq (Mendez)

Andrew Romero, PTS

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| 10:19 AM | Tina Martinez, Ct (appearances) — Gandert - Mendez former client - potential conflict — Ct - appropriate to Cont Mtg - investigate poss conflict — Gandert - own rep @ this Htg - D Solis wishes to be released | Paul Baca / 10:30 AM | Ct Rptrs — Sizemore - suggests 40 Ct; conflicts; cont prel & det until can be worked out — Kimball - conflicts; proposes conds & poss 3rd Pty cust; initial on Friday - w/in limits — Ct - ask Gandert brief potential conf; Gandert - wants release ASAP - understand concerns; Gandert D - Ct - Deft - reluctantly agrees to cont. |

UNSEAL CASE: ___
DATE OF ARREST: ___

**HEARING RESULTS/FINDINGS:** Ct set 3/5 satisfactory - Govt ok; Sizemore ok; Gandert M/W/D based on conflict; Ct continues Det/Prel on Thurs. 3/5 @ 9:30 AM. Conflict should be resolved & potential 3rd Pty; Govt regs DOB & SSN for pot 3rd Pty cust.; PTD to ~~~ file m/W/B immediately; Ords Temp Det entered D's mtn