# MAGISTRATE CLERK'S MINUTES OF HEARING

**HEARINGS BEFORE**
( ) WILLIAM W. DEATON
( ) LORENZO F. GARCIA
( ) DON J. SVET
( ✓ ) RICHARD L. PUGLISI
( ) ROBERT J. DeGIACOMO

DISTRICT OF NEW MEXICO

AT ALBUQUERQUE

____ INITIAL
__✓__ DET/PRELIM
____ MOTION/HRG
____ SHOW CAUSE
____ MISD. TRIAL
____ RULE 40
____ MISD. PLEA
____ MISD. SENT.
____ EXTRADITION
____ PRELIM/PROB
____ REVOCATION

**DEFENDANTS:**

Eduardo Bernal
Ricardo Mendez

CASE NO. 98-1106 m

DATE & TIME 3/5/98 @ 9:30 AM

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

Tom English, AUSA (Bernal) Billy Blackburn, Esq (Ret'd)

(Mendez) Victor Sizemore, Esq (apptd)

Mendez: Elsa Delgado - mother - 3rd Pty

Bernal: Irma & Roger William Taube - sister & sister's husband

Steve Skinner, PTS

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| Ct/pts: | Tina Martinez - | P. Baca | Erstrs |
| | Court/appearances | Bernal | Ct - English |
| (Waivers sub. to Court) | Ct/Blackburn/Sizemore | | Ct - Blackburn |
| | Ct - Dgt Bernal & Mendez | | Ct - fin resp family |
| Mendez | Ct - English | | members; sister & husband |
| | Ct - Sizemore | | sworn - Ct questions |
| | Ct - Mrs Delgado | | re resp. |
| | sworn - questions | | Ct - dgt Bernal |
| | re-pledge home equity | | advice of penalties & cond. app. |
| | Ct - Sizemore | | English - Ct add'l condition |
| | Ct - dgt | | |
| Bernal | Ct - Blackburn | **UNSEAL CASE:** _____ |
| | | **DATE OF ARREST:** _____ |

**HEARING RESULTS/FINDINGS:** 1) Bernal & Mendez waive Prel; Ct approves finding Ds signed w/full knowledge of meaning & effect; English reps Ct consider release as reqd by PTS; Blackburn-Bernal to rel $50,000 Unsecured Bond w/conds; w/in resp pty ro sign - Irma Taube (Sis) + Roger Taube (broth. in law); Sizemore-Mendez; released $40,000 propty Bond pledged by mother - Elsa Delgado - also as 3rd Pty cust. w/conds.