AO 98 (Rev. 8/85) Appearance Bond

# United States District Court

FOR THE _____ DISTRICT OF _____ NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 0 5 1998

*R. [signature] Clerk*

UNITED STATES OF AMERICA
V.

RICARDO MENDEZ
_____
Defendant

**APPEARANCE BOND**

CASE NUMBER: 98-1106 M

Non-surety: I, the undersigned defendant acknowledge that I and my...
Surety: We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx and there has been deposited in the Registry of the Court the sum of
$xxxxxxxxxxxxxxxxxxxxxxxxx in cash xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx(describe other security)xxx
more particularly described in Agreement to Forfeit Property.

The conditions of this bond are that the defendant _____ RICARDO MENDEZ _____.
(name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __March 5, 1998__ at __Albuquerque, New Mexico__
                          Date                              Place

Defendant. [signature] RICARDO MENDEZ  SS# 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
Address: 224 Paseo Del Volcan Sp. 618, Alb 87121

Surety. [signature] ELSA DELGADO  SS#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
MOTHER
Address: 412 Judith SW, Alb., NM 87121
(505) 836-4986

Surety. _____  Address. _____

Signed and acknowledged before me on __March 5, 1998__
                                              Date
[signature]
Judicial Officer/Clerk

Approved: _____
           Judicial Officer

AO 98 (Rev. 8/85)

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____
_____ ; and that my net worth is the sum of
_____ dollars ($_____).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                                                                                        Date
at _____
                                                          Place

_____        _____
Name and Title                                                  Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside at _____
_____ ; and that my net worth is the sum of
_____ dollars ($_____).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                                                                                        Date
at _____
                                                          Place

_____        _____
Name and Title                                                  Signature of Judicial Officer/Clerk

Justification Approved:_____
                                          Judicial Officer