ORIGINAL   N⁰ 1139

# RECEIPT FOR NON-CASH COLLATERAL
## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF NEW MEXICO

AT **ALBQ, NM**

**RECEIVED FROM** **ELSA DELGADO**

**412 Judith s.w, Alb,NM 87121**

**PHONE# (505)836-4986**

| CASE NO: | CR-98-1106 m |
|---|---|
| CASE NAME: | U.S.A. Vs. RICARDO MENDEZZ |
| DESCRIPTION: | Lot numbered forty seven (47) in Block |
| | numbered (11) of Skyview west |
| | Addition to the City of Alb, NM |
| | |
| | WARRANTY DEED |
| | |
| | |
| | |
| | |
| | |
| | |

DATE **March 5, 1998**

DEPUTY CLERK: *[signature]*

WHITE-SURETY    YELLOW-RECORDS    PINK-CASE FILE