FILED
UNITED STATES ... COURT

98 MAR 18 PM 3:48

CLERK-LAS CRUCES

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 98-184 |
| | ) | 21 U.S.C. § 846: |
| Plaintiff, | ) | Conspiracy; 21 U.S.C. |
| | ) | § 841(a)(1), 21 U.S.C. |
| vs. | ) | § 841(b)(1)(B): Possession |
| | ) | with Intent to Distribute |
| EDUARDO BERNAL, | ) | more than 500 grams of |
| RICARDO MENDEZ, and | ) | Cocaine; and 18 U.S.C. § 2: |
| CAROLINA AYALA DOMINGUEZ, | ) | Aiding and Abetting. |
| Defendant. | | |

### I N D I C T M E N T

The Grand Jury charges:

From on or about the 1st day of January 1, 1998, to on or about the 27th day of February, 1998 in Dona Ana County, in the State and District of New Mexico and elsewhere, the defendants, **EDUARDO BERNAL, RICARDO MENDEZ, and CAROLINA AYALA DOMINGUEZ** did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree together with one another and with other persons whose names are known and unknown to the Grand Jury to commit offenses against the United States, to wit: violations of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B) that is the unlawful, knowing and intentional possession with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

## COUNT II

On or about the 26th day of February, 1998, in Dona Ana County, in the State and District of New Mexico and elsewhere, the defendants, **EDUARDO BERNAL, RICARDO MENDEZ, and CAROLINA AYALA DOMINGUEZ**, did unlawfully, knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(B) and 18 U.S.C. § 2.

A TRUE BILL:

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
JOHN J. KELLY
United States Attorney

*[initials]* 03/13/98 1:52pm

N:\UDD\TENGLISH\INDICTME\DOMINGUE.IND

2