

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                    Case No. CRIM-98-184 MV

RICARDO MENDEZ,

        Defendant.

### ENTRY OF APPEARANCE

**COMES NOW** the law firm of Clear & Clear, P. A., by Thomas J. Clear, III, and hereby enters its appearance on behalf of the Defendant, **RICARDO MENDEZ**, in the above entitled and numbered cause of action.

        Respectfully submitted,

        CLEAR & CLEAR, P. A.
        Attorneys for Defendant

        BY: _____
        THOMAS J. CLEAR, III
        6400 Uptown Blvd. N.E.
        Suite 475-W, City Centre
        Albuquerque, New Mexico 87110
        (505) 883-6944

I hereby certify that a true and correct copy of the foregoing was hand-delivered this 2nd day of April, 1998 to opposing counsel at the Office of the United States Attorney, for the District of New Mexico.

_____
THOMAS J. CLEAR, III
Attorney for Defendant