UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO



**FILED**
UNITED STATES DISTRICT COURT
Las Cruces, New Mexico

APR - 9 1998

**UNITED STATES OF AMERICA**

    Plaintiff,

vs.

No. CR98-184

**RICARDO MENDEZ,**

    Defendants.

## ORDER TO SHOW CAUSE

Pursuant to 28 U.S.C. §636(e), Mr. Thomas Clear, attorney for defendant, is hereby ordered to show cause, if there be any, why the Magistrate Judge should not certify facts to the District Judge showing him to be in contempt for his failure to attend the scheduled arraignment in this cause on April 9, 1998.

**IT IS THEREFORE ORDERED** that counsel, Mr. Thomas Clear, appear before this Court on **APRIL 20, 1998 at 9:00 a.m.** at the United States Courthouse, 200 East Griggs Street, 2nd Floor, Las Cruces, New Mexico and show cause, if there be any, why it should not be certified that he is in contempt of court by reason of his failure to appear at the arraignment in this matter.

Leslie C. Smith
United States Magistrate Judge