# MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT

Date 4-13-98  Judge Puglisi  Clerk M. Auchlet

USA vs. Ricardo Mendez  Crim. No. 98-184 MV

Deft. present with/without counsel ___Tom Clear___
　　　　　　　　　　　　　　　　　Name　　　　Apptd/**Retd**

U.S. represented by ___David William___ AUSA

Deft. not present ____  Marshal called for Deft. in hallway: Yes/No
Bench warrant issued ____  Bond forfeited ____
Interpreter present: Yes/No  Name of Interpreter ____
Interpreter Used: Yes/No  Interpreter Sworn: Yes/No/Waived

## COURT ASKED THE DEFENDANT:

✓ Name Ricardo　　　　　　　　SS# 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
✓ DOB 5-18-71  26  Tel. No. 831-2629
✓ Residence Address 224 Paseo del Volcano 81121
✓ Extent of education/schooling Paseo 12th grade

Y **(N)** Whether he/she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction

**(Y)** N Whether he/she has received a copy of the Indictment/Information

**(Y)** N Whether he/she has had time to consult with attorney regarding penalties

**(Y)** N Whether he/she wants Indictment/Information read in open court

**(Y)** N Whether he/she will waive reading of Indictment/Information

✗ N Whether he/she is ready to plead

✓ Defendant entered plea of not guilty to all counts

___ Defendant entered plea of not guilty to count Nos. ____

___ Matter referred to USDC

✓ Counsel ordered to file any motions by 5-3-98

✓ Case assigned to:

Judge Campos　Judge Conway　Judge Parker　Judge Hansen　**(Judge Vazquez)**　Judge Black

✓ Trial set on trailing docket to be notified

___ Defendant requested psychiatric examination. Instructed to file motion in USDC

✓ Bond set/**continued** at O/R w/conditions

___ Previous bond motion denied; advised to file bond appeal in USDC

___ Defendant advised to file bond motion; hearing to be set upon filing said motion

___ Penalty for failure to appear explained

✓ Discovery Order Distributed

___ First Appearance of Defendant  ~~MAG. TAPE NO~~

50