UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

V.                               CR 98-184 MV

CAROLINA AYALA-DOMINGUEZ, et al.,

    Defendants.

### ORDER GRANTING CONTINUANCE

This matter is before the court on Defendant Carolina Ayala-Dominguez' motion for extension of time to file pretrial motions and for continuance of jury trial filed May 1, 1998. The court has reviewed and considered said motion, and the motion is well taken.

**IT IS ORDERED** that the aforementioned Motion for Continuance is GRANTED and all Pretrial motions shall be filed on or before May 25, 1998.

**IT IS FURTHER ORDERED** that the Jury Selection/Trial is hereby reset for **WEDNESDAY, June 10, 1998 at 9:00am** before Chief Judge John E. Conway, in the Second Floor Courtroom, U.S. Courthouse, 200 E. Griggs Avenue, Las Cruces, New Mexico.

**IT IS FURTHER ORDERED** that pursuant to 18§3161 (h)(8)(A), all the time from the filing of defendant's motion until the beginning of jury selection in this matter shall be excluded for the purpose of the Speedy Trial Act and that the ends of justice are best served by granting this requested continuance.

                                                    Joe H. Galvan
                                                    United States Magistrate Judge




| | |
|---|---|
| **SENDER:**<br>■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write *Return Receipt Requested* on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |
| 3. Article Addressed to:<br>Ricardo Mendez<br>412 Judith S.W.<br>Albuquerque, NM 87121 | 4a. Article Number<br>P294 712 027<br>4b. Service Type<br>☐ Registered ☒ Certified<br>☐ Express Mail ☐ Insured<br>☐ Return Receipt for Merchandise ☐ COD<br>7. Date of Delivery |
| 5. Received By: *(Print Name)* | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature: *(Addressee or Agent)*<br>X | |

PS Form **3811**, December 1994 — Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address, and ZIP Code in this box •

**U.S. MARSHAL SERVICE
U.S. COURTHOUSE, ROOM C-321
200 EAST GRIGGS
LAS CRUCES, NEW MEXICO 88001**

Cmills
Green

3-7

STICK POSTAGE STAMPS TO ARTICLE TO COVER FIRST CLASS POSTAGE,
CERTIFIED MAIL FEE, AND CHARGES FOR ANY SELECTED OPTIONAL SERVICES (see front).

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address, leaving the receipt attached and present the article at a post office service window or hand it to your rural carrier (no extra charge).

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends, if space permits. Otherwise, affix to back of article. Endorse front of article RETURN RECEIPT REQUESTED adjacent to the number.

4. If you want delivery restricted to the addressee or to an authorized agent of the addressee, endorse RESTRICTED DELIVERY on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

6. Save this receipt and present it if you make inquiry. U.S GPO 1992-342-918

PS Form 3800, June 1991 (Reverse)