CJA 7
(Rev. 2/84)



TION CODE __NMXLC__

**FILED**
UNITED STATES DISTRICT COURT
Las Cruces, New Mexico

MAY - 8 1998

*R. Martinmarch*
CLERK

Docket No. __98-184__

__USA__ vs. __RICARDO MENDEZ__

ORDER TERMINATING
APPOINTMENT OF COUNSEL  [XX]
and/or
AUTHORIZATION FOR
DISTRIBUTION OF
AVAILABLE PRIVATE
FUNDS  [ ]

Check one or both

---

WHEREAS, __Victor Sizemore__ was appointed as counsel for the above defendant/petitioner, on the __27th__ day of __February__, 19 __98__; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

[XXX] ORDERED that the appointment of said counsel is hereby terminated.

[ ] AUTHORIZED/DIRECTED that such funds in the amount of $ _____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Dated this __8th__ day of __May__, 19 __98__.

_____
United States Judge/Magistrate



**ORIGINAL — RETAINED IN THE COURT'S FILES**