

# CLERK'S MINUTES OF HEARING
# DISTRICT OF NEW MEXICO

## at Las Cruces

HEARINGS BEFORE:
( ) William W. Deaton — INITIAL
( ) Lorenzo F. Garcia — DET/PRELIM
( ) Don J. Svet — RULE 40
( ) Richard L. Puglisi — ✓ SHOW CAUSE
( ) Joe H. Galvan — ✓ VIOL (PSA)/~~PROB~~
(✓) Leslie C. Smith — MTN HRG

DEFENDANTS: Carolina Ayala Dominguez

CASE NO: CR 98-184

DATE & TIME: 5-2-98   9 AM

NAMES AND TITLE OF OTHER PARTICIPANTS:
John Crews            Peter Giovannini

(W) Hector Huerta — PSA       (W2) deft.

PROB/PSA OFFICER:        INTERPRETER'S NAME: ———

| TAPE NO. | SPEAKER | KEY WORDS OR OTHER IDENTIFICATION |
|---|---|---|
| LC98-92 | Smith | (Clerk calls case). |
| | Giovannini | Proffer for release. |
| | Crews | Seeks det. |
| | Smith | Swears in W1. |
| | Crews | Direct exam. W1 |
| | Giovannini | Cross " " |
| | | Calls ∆ as W2. |
| | Crews | Cross of " . |
| | | Argument. |
| | Giovannini | " |
| | Smith | ∆ w/of conds of rel. Bond revoked. |

~~UNSEAL CASE:~~
DATE OF ARREST:

**HEARING RESULTS/FINDINGS:**

68