FILED
UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

98 JUN -5 PM 2:03

Robert M Marsh Pub
CLERK-ALBUQUERQUE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    Case No. CRIM-98-184-@

RICARDO MENDEZ,

    Defendant.

## MOTION TO ALLOW DEFENDANT MENDEZ TO BE TAKEN OFF OF ELECTRONIC MONITORING SUPERVISION AS A CONDITION OF HIS PRETRIAL SUPERVISED RELEASE

**COMES NOW** Defendant **RICARDO MENDEZ**, by and through his attorneys, Clear & Clear, P. A., by Thomas J. Clear, III, and hereby respectfully moves This Honorable Court to allow Defendant Mendez to be taken off of electronic monitoring as a condition of his pretrial supervised release and as grounds therefore, **STATES:**

1. On Friday, May 29, counsel for Defendant Mendez was contacted by Maria Klee, the Pretrial Supervisor for Defendant Mendez, and she asked that the present motion and simultaneously submitted order be presented to This Honorable Court as she believes that electronic monitoring is no longer necessary for the pre-trial supervision of Defendant Mendez.

12

2. Ms. Klee advised counsel for Defendant Mendez that she had spoken with Thomas L. English, Assistant United States Attorney, and he had no objection to the granting of this requested relief.

3. Defendant Mendez will remain under the supervision of Pretrial Services pending disposition of the charges against him.

4. No prejudice will occur to any party as the result of the granting by This Honorable Court of the requested relief.

5. It is in the best interest of the parties that the requested relief be granted.

Respectfully submitted,

**CLEAR & CLEAR, P. A.**
**Attorneys for Defendant**
**RICARDO MENDEZ**

BY: *Thomas J Clear*
     _____
     **THOMAS J. CLEAR, III**
     6400 Uptown Blvd. N.E.
     Suite 475-W, City Centre
     Albuquerque, New Mexico 87110
     (505) 883-6944

I hereby certify that a true
and correct endorsed copy of
the foregoing was hand-delivered
to the Office of the United States
Attorney, District of New Mexico,
this 3rd day of June, 1998.


_____
THOMAS J. CLEAR, III