# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FILED
JUN - 4 1998

UNITED STATES OF AMERICA,

Plaintiff,

V.　　　　　　　　　　　　　　　　　　　CR 98-184 MV

EDUARDO BERNAL, et al.,

Defendants.

## ORDER

This matter is before the court on Defendants' joint Motion to Vacate Trial Setting of June 10, 1998. The court has reviewed and considered said motion, and the motion is well taken.

**IT IS ORDERED** that the aforementioned Motion to Vacate Trial Setting is GRANTED.

**IT IS FURTHER ORDERED** that the Jury Selection/Trial is hereby reset for <u>**Tuesday, July 14, 1998 at 9:00am**</u> before the Honorable Martha Vazquez, in the Second Floor Courtroom, U.S. Courthouse, 200 E. Griggs Avenue, Las Cruces, New Mexico. There will be no further continuances of this case without a hearing.

**IT IS FURTHER ORDERED** that pursuant to 18§3161 (h)(8)(A), all the time from the filing of defendant's motion until the beginning of jury selection in this matter shall be excluded for the purpose of the Speedy Trial Act and that the ends of justice are best served by granting this requested continuance.

Leslie C. Smith
United States Magistrate Judge

