UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CR 98-184

### AMENDED NOTICE OF JURY TRIAL SETTING

TAKE NOTICE that the below listed matters are hereby set for JURY SELECTION on **MONDAY, JULY 13, 1998 AT 1:30 PM** and TRIAL, on **TUESDAY, JULY 14, 1998 AT 9:00 AM**, on a trailing docket, before The Honorable Martha Vazquez, at the Harold L. Runnels Federal Building & U.S. Courthouse, 200 E. Griggs, Las Cruces, New Mexico. This notice supersedes all prior notices/orders setting these cases.

**ALL COUNSEL MUST BE PRESENT AT THE CALL OF THE CALENDAR AND PRETRIAL CONFERENCE AT 1:30 PM ON WEDNESDAY, JULY 8, 1998 AT THE SAME LOCATION AS ABOVE.**

Counsel's Requested Jury Instructions, any anticipated Motions in Limine, and proposed voir dire questions are due in Las Cruces no later than TUESDAY, JULY 7, 1998.

Motions for continuance are to be filed in accordance with 18 U.S.C. § 3161(h)(8)(A) setting forth the factual grounds justifying the continuance. In cases involving multiple defendants, counsel must file a joint motion for continuance with all counsel agreeing to said motion. If a motion for continuance is opposed by a co-defendant, movant may file a single opposed motion

To conserve judicial resources, the Court MUST be advised of all plea agreements not later than noon on WEDNESDAY JULY 8, 1998. Guilty pleas after that date will be to the indictment. Local counsel is required to appear at all hearings unless excused by the Court.

Inquiries and/or notices of change of plea should be directed to the undersigned at (505) 527-6800.

ROBERT M. MARCH, Clerk

Mark W. Kokesh
Deputy Clerk





COURT CALENDAR FOR
THE HONORABLE MARTHA VAZQUEZ
FOR THE WEEK OF JULY 6, 1998

SECOND FLOOR COURTROOM
LAS CRUCES, NEW MEXICO

---

**MONDAY, JULY 6, 1998**              * SPANISH INTERPRETER

### 1:30 PM   SENTENCE HEARING

CR 94-262 MV*
    USA v. Jose de Jesus Ramirez-Zepeda
    Attorney for Pltf: Presiliano Torrez
    Attorney for Deft:Robert Kinney
    Offenses Charged:Conspiracy to Distribute Marijuana
        Conspiracy to Possess Marijuana
        Marijuana - Sell, Distribute, or Dispense

### 2:00 PM   PRE-INDICTMENT PLEA HEARING

M 98-367 LS*
    USA v. Jose Sigala-Sanchez
    Attorney for Pltf: Mark D'Antonio
    Attorney for Deft: Robert J. McDowell
    Offenses Charged:Marijuana - Sell, Distribute, or Dispense

### 2:15 PM   PRE-INDICTMENT PLEA HEARING

M 98-379 JG*
    USA v. Cruz Elias Chavez-Calderon
    Attorney for Pltf: Mark D'Antonio
    Attorney for Deft: Lissa J. Gardner
    Offenses Charged: Transporting Illegal Aliens

### 2:30 PM   PRE-INDICTMENT PLEA HEARING

M 98-2 JG*
    USA v. Rafael Caraza-Valdez
    Attorndy for Pltf: Mick I. R. Gutierrez
    Attorney for Deft: Richard C. Cauble
    Offenses Charged:Transporting Illegal Aliens

M 98-288 LS
>   USA v. Sotero Quinonez-Ledezma
>   Attorney for Pltf: John Crews
>   Attorney for Deft: Michael A. Keefe
>   Offenses Charged:Reentry after Deportation

M 98-324 LS*
>   USA v. Juan Pablo Guzman-Perez
>   Attorney for Pltf: John Crews
>   Attorney for Deft: Lissa J. Gardner
>   Offenses Charged:Transporting Illegal Aliens

## 2:30 PM    SENTENCE HEARING

CR 98-266 MV*
>   USA v. Maribel Coronado-Torres
>   Attorney for Pltf: Mick I.R. Gutierrez
>   Attorney for Deft: Barbara A. Mandel
>   Offenses Charged: Marijuana - Sell, Distribute, or Dispense

## 3:00 PM    PRE-INDICTMENT PLEA HEARING

M 98-236 JG*
>   USA v. Nicolas Olivas-Garcia
>   Attorney for Pltf: Mick I. R. Gutierrez
>   Attorney for Deft: Lissa J. Gardner
>   Offenses Charged: Transporting Illegal Aliens

M 98-358 LS*
>   USA v. Rene Ramundo Escarcega-Cano
>   Attorney for Pltf: Mick I. R. Gutierrez
>   Attorney for Deft: Lissa J. Gardner
>   Offenses Charged: Reentry after Deportation

## 3:30 PM    PRE-INDICTMENT PLEA HEARING

M 98-409 JG*
>   USA v. Ricardo Mendoza-Aceves
>   Attorney for Pltf: Mick I. R. Gutierrez
>   Attorney for Deft: Robert J. McDowell
>   Offenses Charged: False Statements

## TUESDAY, JULY 7, 1998

### 9:00 AM  PRE-INDICTMENT PLEA HEARING

M 98-320 LS*
>USA v. Salvador Gutierrez-Hernandez
>Attorney for Pltf: Mick I. R. Gutierrez
>Attorney for Deft: John B. Leyba
>Offenses Charged: Transporting Illegal Aliens

### 9:30 AM  PRE-INDICTMENT PLEA HEARING

M 98-93 LS*
>USA v. Manuela Orosco Garcia
>Attorney for Pltf: Mark D'Antonio
>Attorney for Deft: R. Morgan Lyman
>            Robert R. Harris
>Offenses Charged: Marijuana - Sell, Distribute, or Dispense

### 9:30 AM  SENTENCE HEARING

CR 98-77 MV*
>USA v. Guillermo Chagoya-Sanchez (custody)
>Attorney for Pltf: James R.W. Braun
>Attorney for Deft: Francisco M. Ortiz
>Offenses Charged: Reentry of Deported Aliens

### 10:30 AM  CHANGE OF PLEA HEARING

CR 97-560 JP
>USA v. Donnie L. Haynie (custody)
>Attorney for Pltf: James T. Martin
>Attorney for Deft: Gary Hill
>            Thomas L. Wright
>Offenses Charged: Conspiracy to Distribute Marijuana
>            Criminal Forfeitures
>            Marijuana - Sell, Distribute, or Dispense

### 11:00 AM PRE-INDICTMENT PLEA HEARING

M 98-328 LS*
    USA v. Jose Santiago-Zaragosa
    Attorney for Pltf: Mick I. R. Gutierrez
    Attorney for Deft: Peter E. Edwards
    Offenses Charged:Transporting Illegal Aliens

### 1:45 PM CHANGE OF PLEA HEARING

CR 97-669 MV*
    USA v. Jose Manuel Macias-Vera
    Attorney for Pltf: James T. Martin
    Attorney for Deft:Robert Ramos
        Stephen Stevers
    Offenses Charged:Controlled Substance - Sell, Distribute, or Dispense

### 2:00 PM MOTION HEARING (pro se request for new atty)

CR 98-99 JC*
    USA v. Victor Lorenzo Chacon-1 (custody)
    Attorney for Pltf: Gregory James Fouratt
    Attorney for Deft: Ralph C. Binford-1
    Offenses Charged: Conspiracy to Distribute Marijuana
        Marijuana - Sell, Distribute, or Dispense
        Statements or Entries Generally

### 2:30 PM PROBATION REVOCATION HEARING

CR 90-122
    USA v. Armando Fernandez
    Attorney for Pltf: Charles L. Barth
    Attorney for Deft: Peter Edwards
    Offenses Charged: Conspiracy to Distribute Marijuana
        Marijuana - Sell, Distribute, or Dispense

## WEDNESDAY, JULY 8, 1998

### 9:00 AM    SENTENCE HEARING

CR 96-616 LH
    USA v. Luz Elva Sandoval-2 (custody)
        Javier Sandoval Jr.-3 (custody)
    Attorney for Pltf: Fred J. Federici III
    Attorney for Deft: Joseph Sib Abraham Jr.-2
                   Ramon Acosta-2
                   Gonzalo Garcia-3
                   Jose R. Coronado-3
    Offenses Charged: Conspiracy to Distribute Marijuana
                   Controlled Substance - Sell, Distribute, or Dispense
                   Federal Statutes, Other
                   Laundering of Monetary Instruments
                   Marijuana - Sell, Distribute, or Dispense
                   Money Laundering - Controlled Substance - Sell/Distr/Disp

### 10:00 AM    MOTION HEARING (suppress)

CR 98-239 MV
    USA v. Hugo Snyder (custody)
    Attorney for Pltf: Alfred Juarez Perez
    Attorney for Deft: Peter J. Giovannini
    Offenses Charged: Marijuana - Sell, Distribute, or Dispense
                   Reentry of Deported Aliens

### 1:30 PM    CALL OF THE CALENDAR

CR 97-103 JC*
    USA v. Jesus Vargas-Aragomez-6
    Attorney for Pltf: Jason Bowles
    Attorney for Deft: Cesar Pierce-Varela-6
                    Noel Orquiz-6
    Offenses Charged: Bringing in and Harboring Aliens
                   Conspiracy to Defraud the United States

CR 98-99 JC*
    USA v. Victor Lorenzo Chacon-1 (custody)
    Attorney for Pltf: Gregory James Fouratt
    Attorney for Deft: Ralph C. Binford-1
    Offenses Charged: Conspiracy to Distribute Marijuana
                      Marijuana - Sell, Distribute, or Dispense
                      Statements or Entries Generally

CR 98-170 LH*
    USA v. Mario Sandoval-Najera-2 (custody)
    Attorney for Pltf: Alfred Juarez Perez
    Attorney for Deft: Maria M. Laverde-2
    Offenses Charged: Bringing in and Harboring Aliens

CR 98-171 MV
    USA v. Gustavo Gonzalez-Quintanilla (custody)
    Attorney for Pltf: Alfred Juarez Perez
    Attorney for Deft: Raymond T. Van Arnam
    Offenses Charged: Reentry of Deported Alien - Felony

CR 98-184 MV
    USA v. Eduardo Bernal-1
        Ricardo Mendez-2
        Carolina Ayala Dominguez-3 (custody)
    Attorney for Pltf: Thomas L. English
    Attorney for Deft: Billy R. Blackburn-1
                      Thomas J. Clear III-2
                      Peter J. Giovannini-3
    Offenses Charged: Conspiracy to Distribute Narcotics
                      Narcotics - Sell, Distribute, or Dispense

CR 98-234 JC*
    USA v. Pedro Galvan-Serrato
    Attorney for Pltf: Alfred Juarez Perez
    Attorney for Deft: Marcia J. Milner
    Offenses Charged: Bringing in and Harboring Aliens
                      Conspiracy to Defraud the United States

CR 98-239 MV
    USA v. Hugo Snyder (custody)
    Attorney for Pltf: Alfred Juarez Perez
    Attorney for Deft: Peter J. Giovannini
    Offenses Charged: Marijuana - Sell, Distribute, or Dispense
                      Reentry of Deported Aliens

CR 98-240 JC
    USA v. Sandra Chavez
    Attorney for Pltf: Fred J. Federici III
    Attorney for Deft: Edward Chavez Jr.
    Offenses Charged: Conspiracy to Distribute Marijuana

CR 98-288 MV
    USA v. Jose Carlos Enriquez-Varela (custody)
    Attorney for Pltf: Alfred Juarez Perez
    Attorney for Deft: Barbara A. Mandel
    Offenses Charged: Reentry of Deported Aliens

CR 98-374 BB*
    USA v. Maria Del Rocio West-Rodriguez (custody)
    Attorney for Pltf: James T. Martin
    Attorney for Deft: Jane Greek
    Offenses Charged: Narcotics - Sell, Distribute, or Dispense

### 4:00 PM    PRE-INDICTMENT PLEA HEARING

M 98-153 LS
    USA v. Blaine Jerome Robinson
    Attorney for Pltf: Kevin Washburn
    Attorney for Deft: Peter E. Edwards
    Offenses Charged: Assault w/a Dangerous Weapon

---

**THURSDAY, JULY 9, 1998**

    **- NO SETTINGS IN LAS CRUCES -**

---

**FRIDAY, JULY 10, 1998**

    **- NO SETTINGS IN LAS CRUCES -**

---