IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                   No. CR 98-184 MV

EDUARDO BERNAL,
RICARDO MENDEZ,
CAROLINA AYALA DOMINGUEZ,

    Defendant.

## CALENDAR CALL

| For Government: | For Defendant: |
|---|---|
| ~~Thomas English~~ *James Tierney* | Bernal - Billy Blackburn<br>Mendez - Thomas Clear, III<br>Dominguez - Peter Giovannini |

Indictment:                       Count I:
                                  21 U.S.C. § 846: Conspiracy
                                  18 U.S.C. § 2:   Aiding and Abetting
                                  Count II:
                                  21 U.S.C. § 841(a)(1)
                                  21 U.S.C. § 841(b)(1)(B): Possession With Intent to Distribute More Than 500 Grams of Cocaine
                                  18 U.S.C. § 2:   Aiding and Abetting Harboring

Parties' Trial Estimate:   *2-2½* days

Pending Motions:        Joint Motion to Continue, filed July 8, 1998

Jury Selection:           July 13, 1998, 1:30 p.m.

Trial Setting:             _____, 1998



*Motion to Continue Granted*