IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
Las Cruces, New Mexico

JUL - 9 1998

CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 98-184 MV |
| EDUARDO BERNAL, RICARDO MENDEZ, and CAROLINA AYALA-DOMINGUEZ, | ) | |
| Defendants. | | |

## ORDER CONTINUING TRIAL SETTING

**THIS MATTER** coming before the Court on the Motion of the United States and the Court being fully informed hereby finds:

1. On July 1, 1998 the Tenth Circuit Court of Appeals filed a decision in United States v. Singleton, (10th Cir. 1998 WL350507, July 1, 1998) having a direct impact on the immediate case;

2. This matter is currently scheduled for trial on July 13, 1998 which does not allow adequate time for the parties to prepare for trial in light of the Singleton decision;

3. 18 U.S.C § 3161(h)(8)(B)(ii) allows for a continuance which is necessary to allow the parties adequate time to prepare for trial in light of a novel question of fact or law;

4. 18 U.S.C § 3161(h)(8)(B)(I) supports a continuance to avoid a "miscarriage of justice" which would arise if this matter proceeds to trial without adequate preparation;



5. 18 U.S.C § 3161(h)(8)(B)(iv) allows the trial court to consider, in deciding whether to grant a speedy trial waiver, the need for "effective preparation" even if the need for the continuance does not fall into the category of a "novel question of fact or law;"

4. The implications of the Singleton decision present a novel issue of law and raise an issue which makes additional time necessary for the parties to effectively prepare for trial, thus avoiding a miscarriage of justice;

5. That the period of delay is excluded in computing the time within which the trial of this matter be commenced;

6. The ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial; and

7. The reason for finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial is that all parties need adequate time to assess the impact of the Singleton decision and to prepare for trial.

**IT IS ORDERED** that this case is vacated from the July 13, 1998 trial docket and will be reset by further order of the Court.

Martha Vazquez
United States District Judge

SUBMITTED BY:

Thomas L. English
Assistant United States Attorney

N:\UDD\JTIERNEY\CONTINUE.ORD