IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs                               Criminal Number 98-184-MV

EDUARDO BERNAL,
RICARDO MENDEZ, and
CAROLINA AYALA DOMINGUEZ,

    Defendants.

## ORDER

THIS MATTER having come before the Court on the oral motion of the Defendants to transfer the above-entitled and numbered cause to the Santa Fe/Albuquerque Division of the United States District Court for the District of New Mexico; the Court having been informed that several of the witnesses in the above-entitled and numbered cause are located in Albuquerque, New Mexico; a preliminary hearing in this matter was conducted in Albuquerque; a majority of the lawyers in this case reside in Albuquerque; and furthermore, that this case was originally assigned to the Honorable Martha Vazquez; and the Court having been informed that the United States Government has no objection to the Defendant's oral motion and having been otherwise fully informed herein;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered cause shall be transferred to the Santa Fe/Albuquerque Division of the United States District Court for the District of New Mexico and the

originally assigned judge, namely the Honorable Martha Vazquez, shall preside over the case in either Santa Fe and/or Albuquerque, New Mexico.

*[signature]*
U.S. DISTRICT COURT JUDGE

APPROVED:

approved per phone 7/10/98
_____
THOMAS ENGLISH
Assistant U.S. Attorney

*[signature]*
_____
BILLY R. BLACKBURN
Attorney for Defendant
	Eduardo Bernal

approved per phone 7/14/98
_____
THOMAS J. CLEAR, III
Attorney for Defendant
	Ricardo Mendez

approved per phone 7/14/98
_____
PETER GIOVANNINI
Attorney for Defendant
	Carolina Ayala Dominguez

2