# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## TRIAL NOTICE

Notice is hereby given that the following cases are hereby set for **JURY SELECTION/TRIAL** before the Honorable Martha Vázquez, **BEGINNING ON TUESDAY, OCTOBER 13, 1998, AT 9:00 A.M., ON A TRAILING DOCKET,** 6th Floor Courtroom, 421 Gold, S.W. Albuquerque, New Mexico.

Requested Jury Instructions and Motions in Limine are due to the Court, **in Santa Fe,** no later than **Friday, October 2, 1998.**

Except for a few preliminary questions asked by the Court, voir dire will be conducted by counsel. Counsel shall exchange proposed voir dire questions prior to trial, and any objections thereto will be addressed by the Court the morning of jury selection.

A list of trial exhibits and witnesses shall be provided to the Court, three days prior to trial, which will be utilized by the Court Reporter for accurate real-time reporting.

To conserve judicial resources, the Court must be advised of all plea agreements no later than **Friday, October 2, 1998.** When possible, pleas of guilty must be entered before the Court will excuse a jury. All plea agreements must indicate approval by defendant prior to submission to the Court.

**Last-minute motions for continuance will not be considered by the Court, even if submitted by stipulation. Counsel shall not assume that a stipulated motion for continuance will be granted. All motions for continuance, however, should be filed in accordance with 18 U.S.C. §3161(h)(8)(A), specifically setting forth the factual grounds justifying the continuance under said statute.**

**Should discovery disputes arise which counsel are unable to resolve, the Court should be immediately advised so that trial preparation is not interrupted and pre-trial deadlines are met.**

Inquiries should be directed to the undersigned Deputy at (505) 988-6338.

ROBERT M. MARCH, Clerk

*Robert M March*

Jackie Malczewski
Courtroom Deputy

**CR 97-692 MV**      USA v. Willis Jeffrey Kelly
　　　　　　　　　　 Attorney for Pltf:　 Robert D. Kimball
　　　　　　　　　　 Attorney for Deft:　 Albert Lassen

**CR 98-184 MV**      USA vs. Eduardo Bernal
　　　　　　　　　　　　 Ricardo Mendez
　　　　　　　　　　　　 Carolina Ayala Dominguez
　　　　　　　　　　 Attorney for Pltf::　 Thomas L. English
　　　　　　　　　　 Attorney for Deft:　 Billy R. Blackburn
　　　　　　　　　　　　　　　　　　　　 Thomas J. Clear, III
　　　　　　　　　　　　　　　　　　　　 Peter J. Giovannini, Esq.

**CR 98-227 MV**      USA vs. Melvin Ray Deal
　　　　　　　　　　 Attorney for Pltf:　 Michael D. Cox
　　　　　　　　　　 Attorney for Deft:　 Benjamin A. Gonzales

**CR 98-252 MV**      USA vs. Michael V. Pemberton
　　　　　　　　　　 Attorney for Pltf:　 Kathleen Bliss
　　　　　　　　　　 Attorney for Deft:　 Roger A. Finzel

**CR 98-326 MV**      USA vs. Armando Bustillos-Holguin
　　　　　　　　　　 Attorney for Pltf:　 Rhonda P. Backinoff
　　　　　　　　　　 Attorney for Deft:　 Joe M. Romero, Jr.

**CR 98-332 MV**      USA vs. David McCarthy
　　　　　　　　　　 Attorney for Pltf:　 Louis E. Valencia
　　　　　　　　　　 Attorney for Deft:　 Susan Bronstein Dunleavy

**CR 98-392 MV**      USA vs. Ernest Arthur Benavidez
　　　　　　　　　　 Attorney for Pltf:　 Kathleen Bliss
　　　　　　　　　　 Attorney for Deft:　 John V. Butcher

**CR 98-396 MV**      USA vs. Donovan T. Sherman
　　　　　　　　　　 Attorney for Pltf:　 Samuel Winder
　　　　　　　　　　 Attorney for Deft:　 Susan Bronstein Dunleavy

**CR 98-467 MV**      USA vs. Mathew James Jojola
　　　　　　　　　　 Attorney for Pltf:　 Samuel Winder
　　　　　　　　　　 Attorney for Deft:　 Mathew James Jojola

I hereby certify that the foregoing document was electronically transmitted/faxed/mailed to all counsel of record on its date of filing (jm)