IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| EDUARDO BERNAL, et al, | ) |
| Defendants. | ) CR 98-184MV |

## ORDER FOR SUBSTITUTION OF COUNSEL

THIS MATTER having come before the Court on Defendant's motion to substitute Counsel, and the Court having considered the same FINDS that the motion states good cause and should be granted;

IT IS THEREFORE THE ORDER OF THIS COURT THAT Counsel RAMON ACOSTA, substitute for former Counsel, PETER J. GIOVANNINI;

IT IS FURTHER THE ORDER OF THIS COURT THAT from this day forward all pleadings, other documents and concerns with reference to this case be directed to RAMON ACOSTA, new Counsel for Defendant, at the address and telephone number listed below.

Ramon Acosta
253 W. Hadley Avenue
Las Cruces, NM 88005
(505) 525-2517

_____
U.S. District Court Judge

Submitted and approved by:

_____
RAMON ACOSTA
Attorney for Defendant