IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 98-184 MV |
| RICARDO MENDEZ, ) | |
| Defendant. ) | |

**ORDER GRANTING LEAVE TO DISMISS THE INDICTMENT
AND DISMISSING THE INDICTMENT AS DEFENDANT RICARDO MENDEZ**

**THIS MATTER** coming before the Court on the unopposed Motion of the United States and the Court being fully informed hereby finds:

The interests of justice will be served by granting this motion and allowing the United States to investigate information provided by the defendant Ricardo Mendez.

**IT IS ORDERED** that leave to dismiss the indictment without prejudice as to defendant Ricardo Mendez is granted and the Indictment as to defendant Ricardo Mendez only is hereby dismissed without prejudice.

Martha Vazquez
United States District Judge

SUBMITTED BY:

Thomas L. English
Assistant United States Attorney
N:\UDD\JSAUNDER\TOMBERNAL\DISMISS.ORD