IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                       No. CR 98-184 MV

EDUARDO BERNAL,

    Defendant.

## **MINUTE ORDER SETTING PLEA HEARING**

**TAKE NOTICE** that a **PLEA HEARING** is set on **FRIDAY, OCTOBER 30, 1998, AT 1:30 P.M.,** before the Honorable Martha Vázquez, U. S. District Judge, U. S. Courthouse, South Federal Place, Santa Fe, New Mexico.

Inquiries regarding the above setting may be directed to the undersigned at (505) 988-6338.

                              ROBERT M. MARCH, Clerk

                              Jackie Malczewski
                              Courtroom Deputy

I hereby certify that the foregoing document was electronically transmitted/faxed/mailed to all counsel of record on its date of filing (jm)