IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  No. CR 98-184 MV

CAROLINA AYALA DOMINGUEZ,

    Defendant.

## **MINUTE ORDER SETTING SENTENCING HEARING**

**TAKE NOTICE** that sentencing in this matter is hereby scheduled before the Honorable Martha Vázquez, United States District Judge, on ***THURSDAY, JANUARY 14, 1999, AT 10:00 O'CLOCK A.M.,*** 333 Lomas Blvd., N.W., Hondo Courtroom, 4th Floor, Albuquerque, New Mexico.

Inquiries regarding the above setting should be directed to the undersigned deputy at (505) 988-6338.

                                                                                          ROBERT M. MARCH, Clerk

                                                                                          _____
                                                                                          Jackie Malczewski
                                                                                          Courtroom Deputy

I certify that the foregoing document was mailed/electronically transmitted/faxed
to all counsel of record and the U. S. Probation Office. (jm)