IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                      Criminal Number:    98-184-MV

EDUARDO BERNAL,

    Defendant.

## ORDER

THIS MATTER having come before the Court on the Defendant's Motion to Vacate Sentencing and the Court having been informed that Assistant U.S. Attorney Thomas English has no objection to said motion and the Court having been otherwise fully informed herein;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Motion to Vacate Sentencing is hereby granted and the Defendant's sentencing currently scheduled for January 28, 1999, at 1:30 p.m. is hereby vacated.

_____
U.S. DISTRICT COURT JUDGE