IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.         No. CR 98-184 MV

EDUARDO BERNAL,

    Defendant.

## **MINUTE ORDER SETTING SENTENCING HEARING**

**TAKE NOTICE** that sentencing in this matter is hereby set before the Honorable Martha Vázquez, U. S. District Judge, on ***WEDNESDAY, MARCH 24, 1999, AT 1:30 P.M.***, at the United States Courthouse, South Federal Place, Santa Fe, New Mexico.

Inquiries regarding the above setting should be directed to the undersigned deputy at (505) 988-6338.

        ROBERT M. MARCH, Clerk

        *Robert M March*

        Jackie Malczewski
        Courtroom Deputy

I certify that the foregoing document was mailed/electronically transmitted/faxed
to all counsel of record and the U. S. Probation Office. (jm)