IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                     No. CR 98-184 MV

EDUARDO BERNAL,

    Defendant.

## ORDER

**THIS MATTER** having come before the Court on the Defendant's Sealed Stipulated Motion to Vacate Sentencing, and the Court having been informed that Assistant U. S. Attorney Miles Hanisee has no objection to said motion and the Court having been otherwise fully informed herein;

**IT IS THEREFORE ORDERED** that the Sealed Stipulated Motion to Vacate Sentencing is hereby granted and that the sentencing hearing currently scheduled for March 24, 1999, is hereby vacated and re-scheduled for **Tuesday, April 20, 1999, at 1:30 p.m., U. S. Courthouse, S. Federal Place, Santa Fe, New Mexico.**

**IT IS FURTHER ORDERED** that Defendant's sentencing memorandum shall be filed no later than **Friday, April 9, 1999.**

                                                                 _____
                                                                  MARTHA VAZQUEZ
                                                                  U. S. DISTRICT JUDGE