IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

00 APR 27 PM 1:17

United States Plaintiff,

vs.                                    No. CR-98-184 MV

Ricardo Mendez

Defendant.

### PETITION FOR EXONERATION AND DISCHARGE OF BOND

Petitioner, _Elsa Delgado_, residing at _412 Judith Ln S.W. ABQ, N.M. 87121_, deposes and states as follows:

1. That on _March the 5th_, of _1998 property Bond_ deposited with _Robert M. March_, Clerk of the United States District Court, the sum of $ _Property Bond_ to secure the costs/appearance of the above named Petitioner.

2. That on _____, the above sum (BOND) was assigned to _____, Petitioner herein.

The Criminal/Civil proceedings against the Plaintiff/Defendant, _RICARDO MENDEZ_, were terminated on _10/14/98_ by _dismissal of indictment_.

The condition of the bond having been complied with, the Petitioner requests that an order be entered directing the Clerk of the Court to return the sum of $_____ to Petitioner.

_____
Petitioner

Sworn and subscribed before me this _____ day of _____

(505) 836-4986

Notary Public
My Commission Expires:

Averments verified

_____
Robert M. March, Clerk

I HEREBY CERTIFY that a copy of the foregoing pleading was mailed to opposing counsel on _____

By_____