IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

MAY 9 2000

Robert M March
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO MENDEZ

CR No. CR-98-184 MV

MAG. No. _____

    defendant(s).

## ORDER

**CONDITIONS** of bond having been satisfied and defendant being entitled to have same discharged and the monies deposited as surety therefore returned to the person having deposited the same,

**IT IS ORDERED** that the defendant(s) bond is hereby discharged and exonerated, and the CLERK is directed to ~~issue a registry check in the sum of $~~ return the deed ~~, payable to~~ to Elsa Delgado

DONE at Santa Fe, this 9th day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE

118